IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dorothea Reynolds, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00277 |
| v. | : | Judge Marbley |
| Robert W. Smith, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

Plaintiff Dorothea Reynolds' February 6, 2012 request for additional time in which to serve Linda Woods (doc. 35) is GRANTED. Plaintiff has an additional 120 days in which to serve Linda Woods.

s/ Mark R. Abel
United States Magistrate Judge