IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dorothea Reynolds, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00277 |
| v. | : | Judge Marbley |
| Robert W. Smith, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On November 8, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 14, 2012 at 1:30 p.m. be cancelled. Insufficient discovery has been taken, and defendants intend to file a motion for summary judgment arguing that plaintiff's claims are barred by her having failed to exhaust her prison administrative remedies. The deposition of the chief investigator for the Ohio State Highway Patrol was begun but not completed. Defendants' counsel recently served plaintiff's counsel with her clients' responses to written discovery.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Frederick Gittes, 723 Oak Street, Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge