IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dorothea Reynolds, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00277 |
| v. | : | Judge Marbley |
| Robert W. Smith, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Scheduling Conference Order

On April 19, 2013, counsel for the parties participated in a telephone conference with the Magistrate Judge to discuss case scheduling.

On April 11, 2013, defendants filed a motion for summary judgment asserting qualified immunity and arguing that plaintiff failed to exhaust her prison administrative remedies as required by 42 U.S.C. § 1997e(a). Plaintiff needs to take discovery to respond to the motion. Plaintiff's counsel will advise defendants' counsel today of the deponents they want to depose at the Ohio Reformatory for Women. These include Marta Raneri, an Inspector of Institutional Services at the prison. Counsel hope to schedule those depositions to be taken in the next several weeks. Then counsel will consult and submit an agreed proposed scheduling order in a word processing format to me or before **May 24, 2013** (abel_chambers@ohsd.uscourts.gov) that would establish a deadline for completing discovery under Rule 56(f) related to the April 11 motion for summary judgment and a deadline for plaintiff to respond to that motion on See S.D. Ohio Civ. Rule 7.2(d)

Defendants' April 11 motion to stay the discovery and case-dispositive motions

deadlines (doc. 63) is GRANTED. Counsel are DIRECTED to call my office (614.719.3370) **within seven (7) days of any decision denying the April 11 motion for summary judgment (doc. 62)** to schedule a telephone conference to establish deadlines for completing all merits discovery and filing case-dispositive motions.

s/Mark R. Abel
United States Magistrate Judge
