# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DOROTHEA REYNOLDS,**

    **Plaintiff,**

  v.                            Civil Action 2:11-cv-277
                                  Judge Algenon L. Marbley
                                  Magistrate Judge Jolson

**ROBERT W. SMITH, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Inmate Key Under Seal. (Doc. 242). Defendants do not oppose Plaintiff's request. For good cause shown, Plaintiff's request to file under seal is **GRANTED.**

    IT IS SO ORDERED.

Date: March 7, 2017                  /s/ Kimberly A. Jolson
                                       KIMBERLY A. JOLSON
                                       UNITED STATES MAGISTRATE JUDGE