IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHEA REYNOLDS, | : | |
| Plaintiff, | : | JUDGE ALGENON L. MARBLEY |
| v. | : | Case No. 2:11-CV-277 |
| | | Magistrate Judge Jolson |
| ROBERT W. SMITH, et al., | : | |
| Defendants. | : | |

### ORDER

Plaintiff has moved for leave to file under seal the depositions of experts Dr. Sandra McPherson and Wendy Still. In support of this motion, Plaintiff explains that some of the deposition testimony includes private facts relating to her personal history of child abuse. The unopposed motion sets forth good cause and the motion (Doc. 252) is therefore granted. The Clerk is directed to file the depositions under seal. Plaintiff shall file redacted versions on the public record.

**IT IS SO ORDERED.**

Algenon L. Marbley
United States District Judge

Dated: September 18, 2017